# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JESSACA DENKE, et al.,** | ) | |
| **Plaintiffs,** | ) ) ) | **8:10CV194** |
| v. | ) ) | **ORDER** |
| **ZURICH AMERICAN INSURANCE CO.,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the November 1, 2010, mediation closure notice filed by the mediator in this case. **See** Filing No. 22. The notice states the parties have reached a full settlement. Accordingly,

**IT IS ORDERED that:**

1. **On or before November 29, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. All previously scheduled deadlines are cancelled upon the representation that this case is settled.

DATED this 8th day of November, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge