## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSACA DENKE, as Natural Mother, Conservator, and Next Friend of P.D. and K.D., minors, | Case No. 8:10cv194 |
| | **ORDER OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the court on Plaintiff Jessaca Denke, as Natural Mother, Conservator, and Next Friend of P.D. and K.D., and Defendant Zurich American Insurance Company's stipulation of dismissal (Dkt #24). Based upon the agreement and stipulation of the parties,

IT IS ORDERED that

1.      The stipulation of dismissal is hereby approved; and

2.      Plaintiff's amended complaint (Dkt #17) is hereby dismissed with prejudice, with each party paying its own costs.

Dated this 29th day of November, 2010.

BY THE COURT:


*s/ Joseph F. Bataillon*
Chief District Judge